MARK GOLDROSEN, Bar No 101731
Attorney at Law
255 Kansas Street, Suite 340
San Francisco, CA  94103

TEL: (415) 565-9600
FAX: (415) 565-9601

Attorney for Defendant
MARKQUELL CAIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>MARKQUELL CAIN,  )<br>  )<br>    Defendant.  )<br>  )<br>  )<br>_____) | NO. CR-01-0184 RS<br><br>**[PROPOSED] ORDER** |

Pursuant to the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the date for status conference and possible disposition is continued to March 27, 2012, at 2:30 p.m.

DATED: March  5 , 2012

_____
HON. RICHARD SEEBORG
United States District Judge